**SO ORDERED: November 01, 2011.**



_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BRADLEY STEPHEN STEIMEL | ) |
| TINA LOUISE STEIMEL | ) CASE NO. 10-15217-FJO-13 |
| | ) |
| Debtors | ) |
| _____ | ) |
| BRADLEY STEPHEN STEIMEL | ) |
| TINA LOUISE STEIMEL | ) |
| | ) |
| Plaintiffs | ) |
| | ) AP NO.  11-50031 |
| METLIFE HOME LOANS, A DIVISION | ) |
| OF METLIFE, N.A. | ) |
| | ) |
| Defendant | ) |

### ENTRY GRANTING
### MOTION FOR SUMMARY JUDGMENT

This Court incorporates herein the findings of fact and conclusions of law entered simultaneously on the Defendant MetLife Home Loans' Motion for Summary Judgment wherein this Court ORDERS that judgment be entered in favor of MetLife and against the Plaintiffs as prayed for in the Defendant's Motion.  Based thereon, it is, therefore,

ORDERED, ADJUDGED, AND DECREED that Defendant, MetLife's Motion for Summary Judgment is granted ; that MetLife's mortgage with the Steimels is secured and valid; and that this is a final judgment .

###